EL PUEBLO, DEMANDANTE Y APELADO, *v.* LAURNAGA & CO., SUCESORES, S. EN C., ACUSADA Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Aguadilla en una causa de infracción a la ley de salario mínimo.

No. 2053.—Resuelto en febrero 25, 1924.

SALARIO MÍNIMO DE MUJERES—ANTICONSTITUCIONALIDAD DE LA LEY SOBRE—LIBERTAD DE CONTRATACIÓN.—En el presente caso, siguiendo la doctrina establecida por la Corte Suprema de los Estados Unidos en el caso de *Adkins* v. *Children's Hospital of the District of Columbia*, 261 U. S. 525, *se resolvió:* que la sección 1 de la Ley de 1919 fijando salario mínimo para mujeres es anticonstitucional por constituir una restricción de la libre contratación.   La obtención de un salario mínimo no es una cuestión de salud pública.

Los hechos están expresados en la opinión.

Abogados de la apelante: *Sres. E. Negrón Benítez* y *J. L. R. Cancio.*

Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

La apelante fué convicta de un delito de violación a la Sección 1ª. de la ley No. 45 de 1919 fijando el mínimum de jornal para las mujeres, y ataca la constitucionalidad de dicha ley. En los casos de *El Pueblo* v. *Alvarez,* 28 D. P. R. 937, y *El Pueblo* v. *Porto Rican American Tobacco Co.,* 29 D. P. R. 397 sostuvimos la constitucionalidad de dicha ley. Sin embargo, desde entonces para acá una ley similar ha sido sometida a la consideración de la Corte Suprema de los Estados Unidos y declarada anticonstitucional: *Adkins* v. *Children's Hospital of the District of Columbia,* 261 U. S. 525. La teoría de ese caso es que una ley que intenta fijar un jornal mínimo constituye una restricción de la libre contratación garantizada por la quinta enmienda a la Constitución de los Estados Unidos. Las disposiciones relevantes de la quinta enmienda han sido parafraseadas en las primeras palabras del artículo 2 de nuestra Ley Orgánica, como sigue: "No se pondrá en vigor en Puerto Rico ninguna ley que privare a una persona de la vida, libertad o propiedad sin el debido procedimiento de ley."

En el mismo artículo de la Ley Orgánica aparecen las siguientes palabras: "Nada de lo contenido en esta ley será interpretado en el sentido de limitar la facultad de la Asamblea Legislativa para decretar leyes para la protección de la vida, salud y seguridad de empleados y obreros." En el caso de *El Pueblo* v. *Alvarez, supra,* consideramos que la ley de salario mínimo era una medida de salud pública debidamente tomada por la legislatura. Pudiera sostenerse que la legislatura de Puerto Rico en efecto dijo que un jornal mínimo era necesario para la mujer trabajadora en Puerto Rico. La Corte Suprema de los Estados Unidos, en el caso de *El Pueblo* v. *Adkins,* por un voto de cinco contra tres, ha considerado que la obtención de un jornal mí-

nimo no es una cuestión de salud pública.  Cualesquiera que sean las opiniones personales de los jueces de esta corte, estamos necesariamente obligados por la decisión de la Corte Suprema de los Estados Unidos.

Por tanto debe resolverse que la Sección 1ª. de la Ley No. 45 de 1919 es anticonstitucional y nula.

La sentencia debe ser revocada y absuelta la acusada.

>*Revocada la sentencia apelada y absuelta la acusada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey, Hutchison y Franco Soto.